# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130697

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

L. D'AGOSTINI & SONS,
          Petitioner-Appellant,

v

DEPARTMENT OF CONSUMER
AND INDUSTRY SERVICES,
BUREAU OF SAFETY AND
REGULATION,
          Respondent-Appellee.

SC: 130697
COA: 263994
Ingham CC: 03-002076-AA

_____/

      On order of the Court, the application for leave to appeal the January 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

Clerk